UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRANCISCO VICTORIA,

        Plaintiff,

   v.

JPMORGAN CHASE BANK;
WASHINGTON MUTUAL BANK;
and DOES 1 through 100,
inclusive.

        Defendants.

_____/

NO. CIV. S-09-2059 LKK/KJM

O R D E R

    It has come to the court's attention that the court has opened a minimal account for his daughter with Washington Mutual Bank. Upon review and consideration of the case, the court determines that this interest presents no conflict in the fair adjudication of the case and that recusal is not necessary.

    IT IS SO ORDERED.

    DATED: October 20, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1