UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRANCISCO VICTORIA,

        Plaintiff,

    v.

JPMORGAN CHASE BANK;
WASHINGTON MUTUAL BANK;
and DOES 1 through 100,
inclusive.

        Defendants.

NO. CIV. S-09-2059 LKK/KJM

O R D E R

/

On September 29, 2009, the court filed an order setting a status (pretrial scheduling) conference for February 22, 2010 at 1:30 p.m. Parties were instructed to file status reports ten (10) days prior to the status conference. Plaintiff has failed to file a status report, despite being called by chambers on February 19, 2010 to remind him to submit the report.

Based on the above, the court ORDERS as follows:

1.    Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in

1

|  |  |
|---|---|
| 1 | writing why sanctions should not issue in accordance |
| 2 | with Local Rule 110, including a fine of $150 and/or |
| 3 | dismissal of this case within fourteen (14) days of the |
| 4 | issuance of this order See Fed. R. Civ. P. 41(b), Link |
| 5 | v. Wabash R.R., 370 U.S. 626, 633 (1962). |
| 6 | 2. The status conference set for February 22, 2010 at 1:30 |
| 7 | p.m. is vacated. |
| 8 | 3. The court SETS a further status conference for March 15, |
| 9 | 2010 at 1:30 p.m. |
| 10 | IT IS SO ORDERED. |
| 11 | DATED: February 22, 2010. |

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT