UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRANCISCO VICTORIA,

          Plaintiff,

    v.

JPMORGAN CHASE BANK;
WASHINGTON MUTUAL BANK;
and DOES 1 through 100,
inclusive.

          Defendants.

NO. CIV. S-09-2059 LKK/KJM

O R D E R

/

    Pending before the court in the above-captioned case is a motion to dismiss (Doc. No. 17). The court does not find oral argument necessary in this matter. Accordingly, the hearing on the above motion currently set for March 22, 2010 is VACATED.

    Further, a status conference is set in this case for March 15, 2010 at 1:30 p.m. Because plaintiff has again failed to file a status report, the status conference is VACATED. The court will set

////

1

a new status conference, if necessary, after plaintiff responds to the most recent order to show cause.

IT IS SO ORDERED.

DATED: March 10, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT