UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRANCISCO VICTORIA,

        Plaintiff,

    v.

JPMORGAN CHASE BANK;
WASHINGTON MUTUAL BANK;
and DOES 1 through 100,
inclusive.

        Defendants.
_____/

NO. CIV. S-09-2059 LKK/KJM

O R D E R

    This case is currently scheduled for a status conference on Tuesday, June 1, 2010 at 2:00 p.m. The parties have requested a continuance of the status conference because they are negotiating a settlement. Accordingly, the court VACATES the status conference. The conference is rescheduled for September 20, 2010 at 11:00 a.m. The parties are directed to file status reports fourteen (14) days prior to the status conference.

////

1

1  IT IS SO ORDERED.
2  DATED: May 27, 2010.

                            /s/ Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT