UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRANCISCO VICTORIA,

          Plaintiff,

    v.

JPMORGAN CHASE BANK;
WASHINGTON MUTUAL BANK;
and DOES 1 through 100,
inclusive.

          Defendants.

_____/

NO. CIV. S-09-2059 LKK/KJM

O R D E R

    On May 27, 2010, the court issued an order setting a status conference for September 20, 2010. Counsel for plaintiff Francisco Victoria did not appear for the status conference.

    Accordingly, the court orders that counsel for Francisco Victoria is hereby ORDERED TO SHOW CAUSE in writing within fourteen (14) days of the date of this order why sanctions of $150 should not issue in the above-captioned case, as permitted by Local Rule

////

1

1  110, and why the action should not be dismissed.
2        IT IS SO ORDERED.
3        DATED: September 27, 2010.
4
5
6                              _____
                               LAWRENCE K. KARLTON
7                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT
8

2