UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRANCISCO VICTORIA,

          Plaintiff,

    v.

JPMORGAN CHASE BANK;
WASHINGTON MUTUAL BANK;
and DOES 1 through 100,
inclusive.

          Defendants.

_____/

NO. CIV. S-09-2059 LKK/KJM

O R D E R

On September 27, 2010 the court issued an order to show cause why sanctions should not issue and why this action should not be dismissed due to plaintiff's counsel's failure to appear at a status conference scheduled for September 20, 2010. ECF No. 37. In response, plaintiff's counsel submitted an affidavit explaining that he had retained counsel to appear at the status conference, but that the retained attorney did not appear because of his own scheduling error. Good cause having been shown, the court finds

1

1  that no sanction is appropriate.
2       The status conference is rescheduled for December 13, 2010 at
3  1:30 p.m. The parties shall file a status report no later than
4  fourteen (14) days prior to the scheduled status conference.
5       IT IS SO ORDERED.
6       DATED: October 18, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2