UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO VICTORIA,

        Plaintiff,

   v.

JPMORGAN CHASE BANK;
WASHINGTON MUTUAL BANK;
and DOES 1 through 100,
inclusive,

        Defendants.
_____/

NO. CIV. S-09-2059 LKK/KJM

O R D E R

    A status conference was held in chambers on December 13, 2010. After hearing, the court orders as follows:

    1.   A further status conference is set for March 7, 2011 at 10:00 a.m.

    IT IS SO ORDERED.

    DATED: December 14, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT