UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO VICTORIA,

        Plaintiff,

   v.

JPMORGAN CHASE BANK;
WASHINGTON MUTUAL BANK;
and DOES 1 through 100,
inclusive,

        Defendants.
_____/

NO. CIV. S-09-2059 LKK/KJM

O R D E R

   A status conference was held in chambers on March 7, 2011. After hearing, the court orders as follows:

   1.   A further status conference is set for May 16, 2011 at 10:30 a.m.

   IT IS SO ORDERED.

   DATED: March 8, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1