UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO VICTORIA,

        Plaintiff,

    v.

JPMORGAN CHASE BANK;
WASHINGTON MUTUAL BANK;
and DOES 1 through 100,
inclusive,

        Defendants.
_____/

NO. CIV. S-09-2059 LKK/KJM

O R D E R

A status conference in the above referenced matter is currently scheduled for May 16, 2011. In their status report, defendants indicated that a continuance of the status conference would be proper. Plaintiff has not filed an updated status report since November 29, 2010. Accordingly, the court ORDERS as follows:

    [1] The status conference is CONTINUED to June 27, 2011 at 2:30 p.m.

    [2] The parties SHALL submit updated status reports no later than 14 days before the status conference.

1

1   IT IS SO ORDERED.

2   DATED:  May 12, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT